The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE DE LEON EVARISTO,<br><br>Defendant. | CASE NO. 2:21-cr-00151-RAJ<br><br>ORDER GRANTING MOTION TO SEAL EXHIBIT 1 TO UNITED STATES' MOTION FOR ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion to Seal Exhibit 1 to Motion for Order of Forfeiture, requesting leave to file, under seal, a removable drive containing audio and visual recordings of law enforcement's interview with Defendant Katherine De Leon Evaristo and that contain sensitive personally identifiable information. Finding good cause,

IT IS HEREBY ORDERED that the United States' Motion to Seal (Dkt. 28) is GRANTED. Exhibit 1 to the United States' Motion for Order of Forfeiture shall remain under seal.

DATED this 5th day of August, 2022.

*Richard A. Jones*
_____
HON. RICHARD A. JONES
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Katherine De Leon Evaristo,* 2:21-cr-00151-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970