# Letters of Support

Dear Judge Jones,

Hope you are well and thank you for the time that you are spending to read this letter about Ms. Katherine (Kat) Evaristo.

My name is Eddie Chin. I am an officer with the US Customs and Border Protection (CBP). I work as a Firearms Instructor and Port Chaplain within the Area Port of Seattle. I know of Kat as a previous coworker with the agency, so all my knowledge of Ms. Evaristo is through work. I have been fortunate to know Kat. She is an extremely considerate and respectful person. Throughout my interactions with Ms. Evaristo, I've experienced nothing but professionalism at work. I've had the fortunate opportunity to learn of personal challenges she had been experiencing towards the last couple of years of her employment with CBP. I learned of this information through my interactions with her as a chaplain.

When Kat disclosed to me that she was being charged for marriage fraud, I could not believe it. It is difficult for me to believe she would compromise her six-figure income and ignore that fact that it is a compromise of integrity within our profession.

Her statement to me was that her confessions to the investigators of this crime was under duress. Please note: the admission to me that she felt she was under duress was something that was not easy for Kat to share. From the time of her investigation of fraud with my agency to the time she shared the statement of duress was about a year after she was placed on administrative leave.

It is with great respect of Kat's privacy that I share this information. I believe Ms. Evaristo is impacted by an extreme aversion to conflict. I have witnessed this to be true for Kat when I worked with her. She is extremely cooperative with her coworkers as well as effective in accomplishing any task my agency asks of her to complete for firearms and defensive tactics training. Kat has shared with me that at the time of her interviews with our internal investigators, she felt a false sense of trust to what she was being investigated for. It was her belief that her personal sexual preference was being investigated, as a bisexual/lesbian person. Her statement was that her investigation was launched through a manager's inappropriate curiosity into her marriage to a person that so happens to be a Non-U.S. citizen, with Legal Permanent Residence status as a spouse. This was Kat's second husband. Again, with extreme respect for Kat, I share that I have a very strong belief she was extremely impacted by her first marriage – that she avoids any conversations about her first marriage about her first husband. And I believe whatever happened in that first marriage has caused her to have an extreme aversion to conflict and that relationship has harmed her negatively.

It is my belief she is a victim of her own past trauma that caused her to admit things/events in order to avoid conflict.  This is compounded by her current status as an expecting mother.  She has hauntingly deep concerns she would be separated from her twin children.  I deeply believe she will admit and sacrifice anything as to not be separated from her kids.  She shares that her children "are all that matters."  While my beliefs may not be evidence, there may be truth to what I am sharing about Kat.  She is not an evil person.  She does not want misfortune to happen to people.  Kat is naive to a fault (trying not to be negative of her).  She is a trusting person. It is in that trust she could have misplaced her trust with the investigators to admit to things she may have done for the sake of conflict avoidance.

May I request upon Katherine's behalf, as she accepts the responsibility of guilt for the crime of marriage fraud, may I request compassion upon her situation?  While her situation may, may not, be unique, she hopes to be the best mother she can be for her children, as they enter into this challenging world. Her motherhood has given her focus as she has never had before, in a good way.

If you have any additional questions, please feel free to contact me on my work cell at ███ ███████

Honorable Judge Jones, I thank you for your time and your considerations into Ms. Evaristo's case.

Respectfully Submitted,
Eddie Chin

June 5. 2022

The Honorable Richard Jones
U.S. District Court Judge

Dear Judge Jones,

I am writing this letter to share my personal account of my friend Katherine "Kei" Evaristo. Kei and I have been friends since 2007 and met through a common friend and playing a weekly game of badminton. She was a good, competitive player who was always ready to coach and encourage us mediocre players. Off-court, Kei is just as helpful and generous.

Kei has gone through a difficult start in her move to the United States, having been physically battered by her first husband. I have always admired her resilience amidst difficult situations and rising above them. She trained to be in the Air Force Reserves, then Border Patrol, and then moved on to join the CBP. All three undertakings required physical tenacities and discipline and were even more demanding mentally. I believe she even finished with honors and received awards and recognition (guideon bearer, chief awards, etc.) These required her to move to different states for training and assignments, but we stayed in touch for birthdays and quick visits when she's in town. She has served our country and have always admired her for that.

I know Kei to be a good person. She is a good daughter and values family. She petitioned her mom to come to the United States so they can be together. It will be exciting for when the twins will arrive soon. Kei will be a responsible mom and she will support her children with everything that she's got.

Sincerely,

*Joy Go*

Joy Go (friend)

The Honorable Richard Jones
U.S. District Court Judge

June 6, 2022

Dear Judge Jones,

I am writing this letter of support on behalf of Katherine Evaristo in hopes that you will show leniency to her.

I have known Katherine for over 4 years whole I served as the Chapter 131 President, National Treasury Employee Union for the Area Port of Seattle as well as serving as Program Manager (Customs and Border Protection Officer).  During this time, I interacted with Katherine as her representative regarding Union matters.  In my dealings with Katherine she was always professional and well liked by her peers and her supervisors.  She was always a hard worker and one that was destined to have a successful career with U.S. Customs and Border Protection.

It is my honest opinion that Katherine never intentionally committed the offense she has been charged with.  She is the survivor of a domestic violent marriage for which she moved on with ultimately securing employment with the Federal Government.

Katherine being born and raised in the Philippines had known her most recent husband from childhood and agreed to marry him as she felt secure knowing him.  Katherine and her husband had an open marriage which she explained to me he was okay with as long as she was not interacting with other men.  They had been trying to get pregnant as that was and is Katherine's dream of being a mother which she is now going to experience with twins.

Katherine was involved with a fellow female officer who provided testimony to the investigating agents that may or may not have taken out of context with their romantic involvement and possible feeling of betrayal.  No one will honestly know what went on between those two behind closed doors.

It is my opinion that Katherine will not commit a similar offense in the future and only wants to devote her time and energy to raising her twins in a loving and caring home with the support of her mother.  In my interactions with Katherine since this she has only spoken of her desire to move on and of her twins and their future.  I believe with the arrival of her twins she will be devoted to them and the court should have no concerns of her committing any offense.

I can assure the court that I do and will maintain regular contact with Katherine as a friend to listen to her and provide guidance as needed.

Thank you for taking this letter into consideration when sentencing Katherine.


Richard A. Toellner
███████████████
Seattle, WA 98199
███████████